March 7th 2014

## AFFIDAVIT

Comes now affiant, Timothy P. Danehy, being of sound mind and over the age of majority willing and able to testify as to having first hand knowledge of the facts sayeth:

- Affiant is the owner of Tracfone assigned number 704-421-6235.

- Affiant is in possession of Tracfone assigned number 704-421-6235.

- Affiant placed number 704-421-6235 on the national Do-Not-Call list in September of 2014.

- Affiant witnessed three calls from 877-566-4892 to Tracfone assigned 704-421-6235 on the evening of Monday November 25th 2014.

- Affiant witnessed three calls from 877-566-4892 to Tracfone assigned 704-421-6235 on the morning of Tuesday November 26th 2014.

- Affiant was awakened from sleep three times by the calls from 877-566-4892 to 704-421-6235 that were received in the am of November 26th 2014.

- Affiant never gave TIME WARNER CABLE express consent to call 704-421-6235.

- Affiant never requested solicitations from TIME WARNER CABLE.

Further Affiant sayeth naught.

Signed: _Timothy P. ____

Timothy P. Danehy

_WAKE_ County, North Carolina

Signed and sworn to before me this day by Timothy P. Danehy.

Date: _March 7th 2014_

(Official Seal)

Notary Signature: _Kit W. Tung_

_KIT W. TUNG_, Notary Public

My Commission expires, _4-14-2015_

(Official Seal: KIT W. TUNG, NOTARY PUBLIC, WAKE COUNTY, NC)