Civil Action No.

**FILED**
MAR 13 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Time Warner Cable Enterprise LLC
was received by me on *(date)* MAR 07 2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Leashia Pope Corporate operations specialist
CT Corp 150 Fayetteville St Raleigh NC 27601

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/10/14

_____
Server's signature

Jm Johnson Master Deputy
Printed name and title

330 S. Salisbury St Raleigh NC 27602
Server's address

DONNIE HARRISON, SHERIFF

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

Timothy P. Danehy )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 5:14-CV-133 FL
)
TIME WARNER CABLE ENTERPRISE LLC. )
)
)
_____ )
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* TIME WARNER CABLE ENTERPRISE LLC.
C/O CT CORPORATION SYSTEM
150 FAYETTEVILLE ST., BOX 1011
RALEIGH NC 27601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Timothy P. Danehy
P.O. Box 301
Kittrell, NC 27544-0301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  JULIE A. RICHARDS, CLERK

Date: 03/07/2014                            _____
*Signature of Clerk or Deputy Clerk*