UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-133-FL

| | |
|---|---|
| TIMOTHY P. DANEHY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIME WARNER CABLE ENTERPRISES ) <br> LLC, ) <br> ) <br> Defendant. ) | **NOTICE OF APPEARANCE** |

The undersigned attorney hereby gives Notice of Appearance in this matter on behalf of Defendant Time Warner Cable Enterprises LLC.

Respectfully submitted, this the 1st day of April 2014.

    /s/ D.J. O'Brien III
Marcus W. Trathen
mtrathen@brookspierce.com
N.C. State Bar No. 17621
D.J. O'Brien III
dobrien@brookspierce.com
N.C. State Bar No. 35481
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
1600 Wachovia Capitol Center
150 Fayetteville Street
Raleigh, NC 27601
Tel. (919) 839-0300
Fax (919) 839-0304

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he electronically filed the foregoing Answer to Complaint with the Clerk of Court using the CM/ECF system and further certifies that a copy of the foregoing document was served on the Plaintiff in this action by placing the same in United States Mail, prepaid postage affixed, addressed as follows:

>Timothy P. Danehy
>P.O. Box 301
>Kittrell, NC 27544
>*Pro Se Plaintiff*

This the 1st day of April 2014.

>/s/ D.J. O'Brien III
>D.J. O'Brien III