UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

NO. 5:14-CV-133-FL

FILED

NOV 0 4 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| TIMOTHY P. DANEHY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>TIME WARNER CABLE )<br>ENTERPRISES LLC. )<br>)<br>Defendant. )<br>) | **DECLARATION OF**<br><br>**TIMOTHY P. DANEHY** |

Timothy P. Danehy declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over the age of 18 years and am under no disability which would prevent me from testifying competently to the matters set forth herein. I have first-hand knowledge of these matters.

2. I submit this declaration in support of plaintiff's opposition to defendant's motion for summary judgment.

3. I am the owner and sole user of the TracFone that was assigned number 704-421-6235.

4. I am currently in possession of the TracFone that was assigned number 704-421-6235.

1

5. I placed number 704-421-6235 on the national do-not-call list on September 30, 2013. (Correction to Scribner error in previous affidavit)

6. I witnessed six calls total from 877-566-4892 to cellular TracFone assigned 704-421-6235, three on November 25th and three more on November 26th, 2013. (Correction to Scribner error in previous affidavit)

7. I was awakened from sleep three times by the calls from 877-566-4892 to 704-421-6235 that were received in the a.m. of November 26th, 2013. (Correction to Scribner error in previous affidavit)

8. I never gave Time Warner cable express written consent or any other consent to call 704-421-6235.

9. I never requested telephone solicitations from Time Warner cable.

10. I received an email from Darrell Hegar TWC's regional VP of operations-Carolinas on February 6, 2014 in which Mr. Hegar stated, "I was hoping I could schedule some time with you to update you on the automated dialing issue you experienced."

11. I downloaded from www.skycreek.com a two-page document titled <u>A 20 YEAR PIONEER IN OPTIMIZING CONTACT TO REINVENT PERFORMANCE & COST</u> on October 23rd, 2014.

12. When I answered the call on the evening of November 25th, 2013 I heard a pre-recorded message play.

2

13. I received a confirmation email from the national do-not-call registry on October 31st, 2014. The email confirmed number ending 6235 was registered on the national do-not-call registry on September 30th, 2013.

14. I made several attempts to settle this matter amicably before filing suit.

Executed this the 2nd day of November 2014.

Timothy P. Danehy


The undersigned hereby certifies that he served a copy of the foregoing document on the defendant in this action by placing the same in the United States mail, prepaid postage affixed, addressed as follows:   D.J. O'Brien III

    Brooks, Pierce, McLendon,

    Humphrey & Leonard, LLP

    1600 Whachovia Capitol Center

    150 Fayetteville Street

    Raleigh, NC 27601

This the 2nd day of November 2014.

Timothy P. Danehy

P.O. Box 301

Kittrell, NC 0301-0301

nonovation@yahoo.com

252-492-0194

919-702-6842

3