UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY DANEHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:14-CV-133-FL |
| TIME WARNER CABLE ) | |
| ENTERPRISE, LLC, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 18, 2015, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on September 18, 2015, and Copies To:**
D.J. O'Brien, III (via CM/ECF Notice of Electronic Filing)
Timothy P. Danehy (via U.S. Mail) PO Box 301, Kittrell, NC 27544


September 18, 2015          JULIE RICHARDS JOHNSTON, CLERK
                                             /s/ Christa N. Baker
                                             (By) Christa N. Baker, Deputy Clerk